AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

ROBERT E. PARKES,

       Plaintiff,
V.

GREG COX, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00902-LRH-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED WITH PREJUDICE, in its entirety, for failure to state a claim.

February 6, 2012　　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
   Date　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/   M. Campbell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk