UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT E. PARKES, | ) | Appeal No. 12-15399 |
| Plaintiff, | ) | 3:11-cv-00902-LRH-WGC |
| vs. | ) | **ORDER** |
| GREG COX, *et al.*, | ) | |
| Defendants. | ) | |

This is a closed prisoner civil rights action brought pursuant to 42 U.S.C. § 1983. On February 6, 2012, the Court dismissed this action for failure to state a claim for which relief may be granted. (ECF No. 3). Judgment was entered on the same date. (ECF No. 4). Plaintiff filed a notice of appeal on February 27, 2012. (ECF No. 5).

On March 1, 2012, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. (ECF No. 8). On careful review, this Court certifies that any *in forma pauperis* appeal from its order is taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

**IT IS THEREFORE ORDERED** that this Court **CERTIFIES** that any *in forma pauperis* appeal from its order dated February 6, 2012 (ECF No. 3) is taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

///

///

1     **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** this order to the United States Court of Appeals for the Ninth Circuit.

Dated this 13th day of March, 2012.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE