# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT E. PARKES,  )   3:11-cv-00902-LRH-WGC
        Plaintiff,  )   **ORDER**
   vs.  )
GREG COX, et al.,  )
        Defendants.  )
_____)

      On September 20, 2013, this court entered an order granting Plaintiff's motions to amend which sought only to correct the names of one defendant (Doc. # 33) and eliminated the name of one defendant and substituted a new defendant. (Doc.# 34.) Inasmuch as Plaintiff has now filed his Second Amended Complaint (Doc. # 37), and as to the newly added Defendants Jim Benedetti and Scott Kahler only,

      **IT IS HEREBY ORDERED:**

      1.     Counsel for the Defendants shall within **twenty-one (21) days** of the date of entry of this order, file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it <u>accepts</u> service, and (b) the names of the defendants for whom it <u>does not accept</u> service. As to any of the named defendants for which counsel for Defendants cannot accept service, Counsel shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

      2.     If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the

defendant(s).

3. If the Counsel for the Defendants accepts service of process for any newly named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint, or file a joinder to the Defendants' Answer (Doc. # 23) within **thirty (30) days** from the date of this order.

**IT IS SO ORDERED.**

DATED:   October 3, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE