UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT E. PARKES | ) | 3:11-cv-00902-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 13, 2015 |
| | ) | |
| GREG COX, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Request for Status Check. (Doc. # 76.)  Plaintiff requests to be advised whether his case has been dismissed without his knowledge, and if not, when he can expect a decision on the pending the dispositive motions.  No response to Plaintiff's motion was filed.

Plaintiff's case has not been dismissed. The dispositive motions have been fully briefed and remain pending.  The court handles a multitude of inmate § 1983 civil rights cases as well as numerous other civil and criminal cases.  The motions in Mr. Parkes' matter will be decided in due course.

Plaintiff's motion (Doc. # 76) **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>   /s/   </u>
Deputy Clerk